R. Rex Parris (Cal. State Bar No. 96567)
   *rrparris@rrexparris.com*
Alexander R. Wheeler (Cal. State Bar No. 239541)
   *awheeler@rrexparris.com*
Kitty K. Szeto (Cal. State Bar No. 258136)
   *kszeto@rrexparris.com*
Douglas Han, Esq. (Cal. State Bar No. 232858)
   *dhan@rrexparris.com*
**R. REX PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Tel:  (661) 949-2595/Fax:  (661) 949-7524

Edwin Aiwazian (Cal. State Bar No. 232943)
   *edwin@lfjpc.com*
Jill J. Parker (Cal. State Bar No. 274230)
   *jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel:  (818) 265-1020/Fax:  (818) 265-1021

*Attorneys for* Plaintiff and the Proposed Class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS BICEK; individually, and on behalf of other members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>                Plaintiff,<br><br>        vs.<br><br>C&S WHOLESALE GROCERS, INC., a Vermont corporation; TRACY LOGISTICS, LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 2:13-cv-00411-MCE-KJN<br><br>Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF DENNIS BICEK'S REQUEST TO SEAL DOCUMENTS** |

# ORDER

For good cause shown, Plaintiff Dennis Bicek's Notice of Motion and Motion to Remand Pursuant to 28 U.S.C. ¶1447; Memorandum of Points and Authorities in Support Thereof and the Declaration of Edwin Aiwazian in Support of Plaintiff Dennis Bicek's Motion to Remand shall be filed under seal.

**IT IS SO ORDERED.**

DATED: March 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE