Jon D. Meer (SBN 144389)
Email: jmeer@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 551-8324

Brandon McKelvey (SBN 217002)
Email: bmckelvey@seyfarth.com
Julie G. Yap (SBN 243450)
Email: jyap@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Alan Kintisch (*Appearing Pro Hac Vice*)
Email: akintisc@cswg.com
Benjamin J. Wyatt (*Appearing Pro Hac Vice*)
Email: bwyatt@cswg.com
C&S WHOLESALE GROCERS, INC.
10 Optical Avenue
Keene, New Hampshire 03431
Telephone: (603) 354-7343
Facsimile: (603) 354-2870

Attorneys for Defendants
C&S WHOLESALE GROCERS, INC. and TRACY LOGISTICS LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BICEK, an individually, and on behalf of other members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>C&S WHOLESALE GROCERS, INC., a Vermont corporation; TRACY LOGISTICS, LLC, an unknown business entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:13-CV-00411-MCE-KJN<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DECLARATION OF JON D. MEER IN SUPPORT OF EX PARTE APPLICATION TO AMEND/SUPPLEMENT DEFENDANTS' NOTICE OF REMOVAL** |

1  For good cause shown, Defendants C&S Wholesale Grocers, Inc. and Tracy Logistics
2  LLC's ("Defendants") Request To Seal The Declaration of Jon Meer in Support of *Ex Parte*
3  Application to Amend/Supplement Defendants' Notice of Removal is GRANTED

**IT IS SO ORDERED.**

**DATED:  June 5, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT