UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BICEK, | No. 2:13-cv-0411-MCE-KJN |
| Plaintiff, | |
| v. | ORDER AND ORDER TO SHOW CAUSE |
| C&S WHOLESALE GROCERS, INC. & TRACY LOGISTICS LLC, | |
| Defendants. | |

On October 1, 2013, the court conducted a telephonic conference with respect to the parties' discovery dispute regarding the depositions of putative class members. After considering the parties' joint letter brief filed September 30, 2013, and for the reasons discussed with counsel at the conference, IT IS HEREBY ORDERED that:

1. The depositions of putative class members shall go forward on the agreed-upon dates of October 23, 24, 25, 28, 29, and 30, and November 1, 4, 6, and 7, absent agreement of the parties or other extraordinary circumstances preventing any deposition(s).

2. No later than 5 p.m. on Tuesday, October 8, 2013, plaintiff's counsel shall provide defendants' counsel with sealed "personal and confidential" letters to the prospective putative class member deponents, outlining any appropriate information regarding the litigation that plaintiff's counsel wishes to convey to these prospective deponents.

1    Within 48 hours of receipt of such letters, or by the particular deponent's next
2    regularly scheduled workshift for which the deponent reports, whichever is later,
3    defendants' counsel shall cause such letters to be distributed to the prospective
4    deponent(s).

5  3. No later than 5 p.m. on Friday, October 4, 2013, defendants may file a properly
6    supported request for sanctions in the form of attorneys' fees and costs based on
7    plaintiff's counsel's conduct with respect to the instant discovery dispute.
8    Defendants' counsel shall file a declaration under penalty of perjury, and may, but are
9    not required, to attach the sixteen (16) written communications that, according to the
10   parties' joint letter brief, defendants' counsel sent to plaintiff's counsel with respect to
11   scheduling the depositions.  Plaintiff may file a response to defendants' request for
12   sanctions no later than 5 p.m. on Tuesday, October 8, 2013.

13 4. Plaintiff's counsel is further ordered to show cause why the court should not sua
14   sponte impose monetary sanctions based on plaintiff's counsel's conduct with respect
15   to scheduling the depositions, as well as their baseless objections as to availability of
16   the prospective deponents whom plaintiff's counsel does not represent at this juncture.
17   Plaintiff's counsel shall file a response to the order to show cause no later than 5 p.m.
18   on Tuesday, October 8, 2013.  In the interests of efficiency, plaintiff's counsel may
19   combine the response to defendants' request for sanctions and the court's order to
20   show cause in a single document, if appropriate.

21 5. In the alternative, the parties may meet-and-confer and advise the court, no later than 5
22   p.m. on Friday, October 4, 2013, that they have reached a private agreement as to
23   payment of attorneys' fees and costs with respect to the instant discovery dispute.  The
24   parties may also inform the court as to their position(s) regarding whether the order to
25   show cause should be discharged in light of their private agreement.

26 ////
27 ////
28 ////

6. Failure to comply with the terms of this order, as well as general principles of civility, communication, and cooperation as discussed at the conference, may result in increased sanctions against the offending party or parties.

IT IS SO ORDERED.

Dated: October 2, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE