SEYFARTH SHAW LLP
Jon D. Meer (SBN 144389)
Email: jmeer@seyfarth.com
Casey J.T McCoy (SBN 229106)
Email: cjtmccoy@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Julie G. Yap (SBN 243450)
Email: jyap@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Andrew M. McNaught (SBN 209093)
Email: amcnaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

C&S WHOLESALE GROCERS, INC.
Alan Kintisch (Appearing Pro Hac Vice)
Email: akintisc@cswg.com
Benjamin J. Wyatt (Appearing Pro Hac Vice)
Email: bwyatt@cswg.com
10 Optical Avenue
Keene, New Hampshire 03431
Telephone: (603) 354-7343
Facsimile: (603) 354-2870

Attorneys for Defendants
C&S WHOLESALE GROCERS, INC. and TRACY LOGISTICS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BICEK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>C&S WHOLESALE GROCERS, INC., et al.,<br><br>Defendants. | Case No. 2:13-CV-00411-MCE-KJN<br><br>(Case Nos.: 2:13-cv-02140;<br>2:13-cv-01798;<br>2:13-cv-02153;<br>2:13-cv-02175)<br><br>**NOTICE OF ACCEPTED OFFER OF JUDGMENT REGARDING ALL CLAIMS AGAINST ALL DEFENDANTS BY PLAINTIFF JOSE CHAN**<br><br>Ctrm: 7<br>Before the Hon. Morrison C. England, Jr. |
| AND CONSOLIDATED ACTIONS, | |

On December 23, 2014, Plaintiff Jose Chan ("Plaintiff") served, by electronic mail and U.S. Mail, statutory offers of compromise to Defendant C&S Wholesale Grocers, Inc. and Tracy Logistics LLC ("Defendants") pursuant to California Code of Civil Procedure section 998. "Although California Code of Civil Procedure section 998 is a state rule, offer of judgment rules appear to be 'substantive' for *Erie* purposes" in cases brought in federal court on the basis of diversity jurisdiction. *Zamina v. Carnes*, No. C-03-00852 RMW, 2009 WL 2710108, * 2 (N.D. Cal. Aug 25, 2009) (holding that a section 998 offer was applicable in a federal case based on diversity jurisdiction); *citing MRO Commc'ns, Inc. v. AT&T Co.*, 197 F.3d 1276, 1281 (9th Cir. 1999).

Plaintiff's statutory offer of compromise offers to dismiss all of his claims in this lawsuit with prejudice in exchange for Defendants waiving costs and attorneys' fees. **(Exhibit A)**.

Defendants C&S Wholesale Grocers, Inc. and Tracy Logistics LLC timely accepted Plaintiff's statutory offer of compromise. **(Exhibit B)**.

As such, Defendants respectfully request the Clerk to enter judgment and dismiss all claims by Plaintiff against Defendants C&S Wholesale Grocers, Inc. and Tracy Logistics LLC.

DATED: January 14, 2015

SEYFARTH SHAW LLP

By:/s/ Julie G. Yap
Jon D. Meer
Julie G. Yap

Attorneys for Defendants
C&S WHOLESALE GROCERS, INC. and
TRACY LOGISTICS LLC

# EXHIBIT A

R. Rex Parris (SBN 96567)
*rrparris@rrexparris.com*
Alexander R. Wheeler (SBN 239541)
*awheeler@rrexparris.com*
Kitty K. Szeto (SBN 258136)
*kszeto@rrexparris.com*
**R. REX PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Tel: (661) 949-2595/Fax: (661) 949-7524

Edwin Aiwazian (SBN 232943)
*edwin@lfjpc.com*
Jill J. Parker (SBN 274230)
*jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020/Fax: (818) 265-1021

*Attorneys for* Plaintiff Jose Chan

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DENNIS BICEK, et al.,

Plaintiffs,

vs.

C & S WHOLESALE GROCERS, INC., a Vermont corporation; TRACY LOGISTICS, LLC, an unknown business entity; and DOES 1 through 100, inclusive;

Defendants.

AND CONSOLIDATED ACTIONS

Case No. 2:13-cv-00411-MCE-KJN

(Case Nos.: 2:13-cv-02140;
2:13-cv-01798;
2:13-cv-02153;
2:13-cv-02175)

**PLAINTIFF JOSE CHAN'S STATUTORY OFFER OF COMPROMISE TO DEFENDANT C&S WHOLESALE GROCERS, INC. (CAL. CODE CIV. PROC. § 998)**

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

TO: DEFENDANT C&S WHOLESALE GROCERS, INC. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Jose Chan ("Plaintiff") hereby makes the following offer of compromise to Defendant C&S Wholesale Grocers, Inc. ("Defendant") pursuant to the California Code of Civil Procedure section 998:

Plaintiff offers to dismiss all of his claims in this lawsuit with prejudice in exchange for Defendant waiving any right to recover its costs and attorneys' fees.

If Defendant fails to obtain a more favorable judgment against Plaintiff, please take notice that pursuant to section 998(d), Plaintiff will request the Court deny Defendant any post-offer costs, including attorneys' fees, and will request that the Court award Plaintiff his post-offer costs, including, but not limited to, a sum to cover costs of the services of experts in preparation for trial, costs incurred during trial, and such other costs and fees as the Court deems proper, in addition to any other rights and remedies available under law.

This offer will remain open until it expires by operation of law, unless otherwise withdrawn by Plaintiff.

Dated: December 23, 2014

Edwin Aiwazian
LAWYERS *for* JUSTICE, PC
*Attorneys for* Plaintiff

**ACCEPTANCE OF OFFER OF COMPROMISE**

Defendant hereby accepts Plaintiff's Offer of Compromise pursuant to Civil Procedure Code section 998.

Dated: ____________, 2014

______________________
Jon D. Meer
SEYFARTH SHAW LLP
*Attorneys for* Defendant

R. Rex Parris (SBN 96567)
*rrparris@rrexparris.com*
Alexander R. Wheeler (SBN 239541)
*awheeler@rrexparris.com*
Kitty K. Szeto (SBN 258136)
*kszeto@rrexparris.com*
**R. REX PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Tel: (661) 949-2595/Fax: (661) 949-7524

Edwin Aiwazian (SBN 232943)
*edwin@lfjpc.com*
Jill J. Parker (SBN 274230)
*jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020/Fax: (818) 265-1021

*Attorneys for* Plaintiff Jose Chan

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DENNIS BICEK, et al.

Plaintiffs,

vs.

C & S WHOLESALE GROCERS, INC., a Vermont corporation; TRACY LOGISTICS, LLC, an unknown business entity; and DOES 1 through 100, inclusive;

Defendants.

AND CONSOLIDATED ACTIONS

Case No. 2:13-cv-00411-MCE-KJN

(Case Nos.: 2:13-cv-02140;
2:13-cv-01798;
2:13-cv-02153;
2:13-cv-02175)

**PLAINTIFF JOSE CHAN'S STATUTORY OFFER OF COMPROMISE TO DEFENDANT TRACY LOGISTICS, LLC (CAL. CODE CIV. PROC. § 998)**

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

TO: DEFENDANT TRACY LOGISTICS, LLC AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Jose Chan ("Plaintiff") hereby makes the following offer of compromise to Defendant Tracy Logistics, LLC ("Defendant") pursuant to the California Code of Civil Procedure section 998:

Plaintiff offers to dismiss all of his claims in this lawsuit with prejudice in exchange for Defendant waiving any right to recover its costs and attorneys' fees.

If Defendant fails to obtain a more favorable judgment against Plaintiff, please take notice that pursuant to section 998(d), Plaintiff will request the Court deny Defendant any post-offer costs, including attorneys' fees, and will request that the Court award Plaintiff his post-offer costs, including, but not limited to, a sum to cover costs of the services of experts in preparation for trial, costs incurred during trial, and such other costs and fees as the Court deems proper, in addition to any other rights and remedies available under law.

This offer will remain open until it expires by operation of law, unless otherwise withdrawn by Plaintiff.

Dated: December 23, 2014

Edwin Aiwazian
LAWYERS *for* JUSTICE, PC
*Attorneys for* Plaintiff

**ACCEPTANCE OF OFFER OF COMPROMISE**

Defendant hereby accepts Plaintiff's Offer of Compromise pursuant to Civil Procedure Code section 998.

Dated: _____________, 2014

_______________________________
Jon D. Meer
SEYFARTH SHAW LLP

*Attorneys for* Defendant

R. Rex Parris (SBN 96567)
*rrparris@rrexparris.com*
Alexander R. Wheeler (SBN 239541)
*awheeler@rrexparris.com*
Kitty K. Szeto (SBN 258136)
*kszeto@rrexparis.com*
**R. REX PARRIS LAW FIRM**
43364 10TH Street West
Lancaster, California 93534
Telephone: (661) 949-2595
Fascimile: (661) 949-7524

Edwin Aiwazian, (SBN 232943)
*edwin@lfjpc.com*
Jill Parker (SBN 274230)
*jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS BICEK, et al.,<br>Plaintiffs,<br>vs.<br>C & S WHOLESALE GROCERS, INC., et al.,<br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Case No. 2:13-cv-0411-MCE-KJN<br>(Consolidated with Case Nos.:<br>2:13-cv-02140;<br>2:13-cv-01798;<br>2:13-cv-02153;<br>2:13-cv-02175)<br><br>**PROOF OF SERVICE** |

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

## PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 410 West Arden Avenue, Suite 203, Glendale, California 91203.

On December 23, 2014 I served the foregoing document(s) described as:

1. **PLAINTIFF MANUEL VALDES JR.'S STATUTORY OFFER OF COMPROMISE TO DEFENDANT TRACY LOGISTICS, LLC (CAL. CODE CIV. PROC. § 998)**

2. **PLAINTIFF MANUEL VALDES JR.'S STATUTORY OFFER OF COMPROMISE TO DEFENDANT C & S WHOLESALE GROCERS, INC. (CAL. CODE CIV. PROC. § 998)**

3. **PLAINTIFF JOSE CHAN'S STATUTORY OFFER OF COMPROMISE TO DEFENDANT TRACY LOGISTICS, LLC (CAL. CODE CIV. PROC. § 998)**

4. **PLAINTIFF JOSE CHAN'S STATUTORY OFFER OF COMPROMISE TO DEFENDANT C & S WHOLESALE GROCERS, INC. (CAL. CODE CIV. PROC. § 998)**

on interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Jon D. Meer
jmeer@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200 / Facsimile: (310) 551-8324

Brandon R. McKelvey
bmckelvey@seyfarth.com
Julie G. Yap
jyap@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159 / Facsimile: (916) 558-4839

///
///
///
///

Andrew McNaught
amcnaught@seyfarth.com
Emily E. Barker
ebarker@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823 / Fascimile: (415) 397-8549

*Attorneys for* Defendant C&S WHOLESALE GROCERS, INC. And TRACY LOGISTICS LLC

Alan Kintisch
akintisch@cswg.com
Benjamin J. Wyatt
bwyatt@cswg.com
C&S WHOLESALE GROCERS, Inc.
10 Optical Avenue
Keene, New Hampshire 03431
Telephone: (603) 354-7343 / Fascimile: (603) 354-2820

*Attorneys for* Defendant C&S WHOLESALE GROCERS, INC. and TRACY LOGISTICS LLC

[X] **BY E-MAIL**
The above-referenced document was transmitted to the person(s) at the e-mail addresses listed herein at their most recent known e-mail address or e-mail of record in this action. I did not receive, within reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY U.S. MAIL**
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[X] **FEDERAL**
I declare that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Executed on December 23, 2014 at Glendale, California.

Suzana Solis

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

# EXHIBIT B

R. Rex Parris (SBN 96567)
*rrparris@rrexparris.com*
Alexander R. Wheeler (SBN 239541)
*awheeler@rrexparris.com*
Kitty K. Szeto (SBN 258136)
*kszeto@rrexparris.com*
**R. REX PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Tel: (661) 949-2595/Fax: (661) 949-7524

Edwin Aiwazian (SBN 232943)
*edwin@lfjpc.com*
Jill J. Parker (SBN 274230)
*jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020/Fax: (818) 265-1021

*Attorneys for* Plaintiff Jose Chan

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DENNIS BICEK, et al.

Plaintiffs,

vs.

C & S WHOLESALE GROCERS, INC., a Vermont corporation; TRACY LOGISTICS, LLC, an unknown business entity; and DOES 1 through 100, inclusive;

Defendants.

AND CONSOLIDATED ACTIONS

Case No. 2:13-cv-00411-MCE-KJN

(Case Nos.: 2:13-cv-02140;
2:13-cv-01798;
2:13-cv-02153;
2:13-cv-02175)

**PLAINTIFF JOSE CHAN'S STATUTORY OFFER OF COMPROMISE TO DEFENDANT C&S WHOLESALE GROCERS, INC. (CAL. CODE CIV. PROC. § 998)**

TO: DEFENDANT C&S WHOLESALE GROCERS, INC. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Jose Chan ("Plaintiff") hereby makes the following offer of compromise to Defendant C&S Wholesale Grocers, Inc. ("Defendant") pursuant to the California Code of Civil Procedure section 998:

Plaintiff offers to dismiss all of his claims in this lawsuit with prejudice in exchange for Defendant waiving any right to recover its costs and attorneys' fees.

If Defendant fails to obtain a more favorable judgment against Plaintiff, please take notice that pursuant to section 998(d), Plaintiff will request the Court deny Defendant any post-offer costs, including attorneys' fees, and will request that the Court award Plaintiff his post-offer costs, including, but not limited to, a sum to cover costs of the services of experts in preparation for trial, costs incurred during trial, and such other costs and fees as the Court deems proper, in addition to any other rights and remedies available under law.

This offer will remain open until it expires by operation of law, unless otherwise withdrawn by Plaintiff.

Dated: December 23, 2014

Edwin Aiwazian
LAWYERS *for* JUSTICE, PC
*Attorneys for* Plaintiff

**ACCEPTANCE OF OFFER OF COMPROMISE**

Defendant hereby accepts Plaintiff's Offer of Compromise pursuant to Civil Procedure Code section 998.

Dated: January 12, 2015

FOR
Jon D. Meer
SEYFARTH SHAW LLP
*Attorneys for* Defendant

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF SACRAMENTO )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On January 12, 2015, I served the within document(s):

**ACCEPTANCE OF PLAINTIFF JOSE CHAN'S STATUTORY OFFER OF COMPROMISE TO DEFENDANT C&S WHOLESALE GROCERS, INC. (CAL. CODE CIV. PROC. § 998)**

☐ I sent such document from facsimile machines (916) 558-4839 on January 7, 2015. I certify that said transmission was completed and that all pages were received and that a report was generated by said facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below.

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Sacramento, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

**VIA E-MAIL & U.S. MAIL**

**R. REX PARRIS LAW FIRM**
R. Rex Parris
*Email: rrparris@rrexparris.com*
Alexander R. Wheeler
*Email: awheeler@rrexparris.com*
Kitty K. Szeto
*Email: kszeto@rrexparris.com*
43364 10th Street West
Lancaster, CA 93534
Telephone: (661) 949-2595
Facsimile: (661) 949-7524

**VIA E-MAIL & U.S. MAIL**

**LAWYERS *for* JUSTICE, PC**
Edwin Aiwazian
*Email: edwin @lfjpc.com*
Jill J. Parker
*Email: jill@lfjpc.com*
Danielle L. Perry
*Email: danielle@lfjpc.com*
410 West Arden Ave., Suite 203
Glendale, CA 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

**VIA HAND DELIVERY**

Danielle L. Perry
**LAWYERS *for* JUSTICE**
@ Seyfarth Shaw
400 Capitol Mall, Suite 2350
Sacramento, CA 95814

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 12, 2015, at Sacramento, California.

Jean Moore

R. Rex Parris (SBN 96567)
*rrparris@rrexparris.com*
Alexander R. Wheeler (SBN 239541)
*awheeler@rrexparris.com*
Kitty K. Szeto (SBN 258136)
*kszeto@rrexparris.com*
**R. REX PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Tel: (661) 949-2595/Fax: (661) 949-7524

Edwin Aiwazian (SBN 232943)
*edwin@lfjpc.com*
Jill J. Parker (SBN 274230)
*jill@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020/Fax: (818) 265-1021

*Attorneys for* Plaintiff Jose Chan

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DENNIS BICEK, et al.,

Plaintiffs,

vs.

C & S WHOLESALE GROCERS, INC., a Vermont corporation; TRACY LOGISTICS, LLC, an unknown business entity; and DOES 1 through 100, inclusive;

Defendants.

AND CONSOLIDATED ACTIONS

Case No. 2:13-cv-00411-MCE-KJN

(Case Nos.: 2:13-cv-02140;
2:13-cv-01798;
2:13-cv-02153;
2:13-cv-02175)

**PLAINTIFF JOSE CHAN'S STATUTORY OFFER OF COMPROMISE TO DEFENDANT TRACY LOGISTICS, LLC (CAL. CODE CIV. PROC. § 998)**

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

TO: DEFENDANT TRACY LOGISTICS, LLC AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Jose Chan ("Plaintiff") hereby makes the following offer of compromise to Defendant Tracy Logistics, LLC ("Defendant") pursuant to the California Code of Civil Procedure section 998:

Plaintiff offers to dismiss all of his claims in this lawsuit with prejudice in exchange for Defendant waiving any right to recover its costs and attorneys' fees.

If Defendant fails to obtain a more favorable judgment against Plaintiff, please take notice that pursuant to section 998(d), Plaintiff will request the Court deny Defendant any post-offer costs, including attorneys' fees, and will request that the Court award Plaintiff his post-offer costs, including, but not limited to, a sum to cover costs of the services of experts in preparation for trial, costs incurred during trial, and such other costs and fees as the Court deems proper, in addition to any other rights and remedies available under law.

This offer will remain open until it expires by operation of law, unless otherwise withdrawn by Plaintiff.

Dated: December 23, 2014

Edwin Aiwazian
LAWYERS *for* JUSTICE, PC
*Attorneys for* Plaintiff

**ACCEPTANCE OF OFFER OF COMPROMISE**

Defendant hereby accepts Plaintiff's Offer of Compromise pursuant to Civil Procedure Code section 998.

Dated: January 12, 2015

Julie G. Yap FOR
Jon D. Meer
SEYFARTH SHAW LLP

*Attorneys for* Defendant

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF SACRAMENTO )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On January 12, 2015, I served the within document(s):

**ACCEPTANCE OF PLAINTIFF JOSE CHAN'S STATUTORY OFFER OF COMPROMISE TO DEFENDANT TRACY LOGISTICS LLC (CAL. CODE CIV. PROC. § 998)**

☐ I sent such document from facsimile machines (916) 558-4839 on January 7, 2015. I certify that said transmission was completed and that all pages were received and that a report was generated by said facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below.

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Sacramento, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

**VIA E-MAIL & U.S. MAIL**

**R. REX PARRIS LAW FIRM**
R. Rex Parris
*Email: rrparris@rrexparris.com*
Alexander R. Wheeler
*Email: awheeler@rrexparris.com*
Kitty K. Szeto
*Email: kszeto@rrexparris.com*
43364 10th Street West
Lancaster, CA 93534
Telephone: (661) 949-2595
Facsimile: (661) 949-7524

**VIA E-MAIL & U.S. MAIL**

**LAWYERS *for* JUSTICE, PC**
Edwin Aiwazian
*Email: edwin @lfjpc.com*
Jill J. Parker
*Email: jill@lfjpc.com*
Danielle L. Perry
*Email: danielle@lfjpc.com*
410 West Arden Ave., Suite 203
Glendale, CA 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

**VIA HAND DELIVERY**

Danielle L. Perry
**LAWYERS *for* JUSTICE**
@ Seyfarth Shaw
400 Capitol Mall, Suite 2350
Sacramento, CA 95814

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 12, 2015, at Sacramento, California.

Jean Moore