Edwin Aiwazian, Cal. State Bar No. 232943
*edwin@lfjpc.com*
Danielle L. Perry (Cal State Bar No. 292120)
*danielle@lfjpc.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020 / Facsimile: (818) 265-1021

*Attorneys for* Plaintiffs

**SEYFARTH SHAW LLP**
Jon D. Meer (SBN 144389)
    *jmeer@seyfarth.com*
Casey J.T McCoy (SBN 229106)
    *cjtmccoy@seyfarth.com*
Michael Afar (SBN 298990)
    *mafar@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200 / Facsimile: (310) 201-5219

*[Additional counsel on next page]*

*Attorneys for* Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BICEK; individually, and on behalf of other members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>C&S WHOLESALE GROCERS, INC., A Vermont corporation; TRACY LOGISTICS, LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:13-CV-00411-MCE-KJN<br><br>Honorable Morrison C. England, Jr.<br><br>**ORDER ON STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 41(a)(1)(A)(ii)** |

**SEYFARTH SHAW LLP**
Julie G. Yap (SBN 243450)
    *jyap@seyfarth.com*
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428
Telephone: (916) 448-0159 / Facsimile: (916) 558-4839

Alan Kintisch (Appearing Pro Hac Vice)
    *akintisc@cswg.com*
10 Optical Avenue
Keene, New Hampshire 03431
Telephone: (603) 354-7343 / Facsimile: (603) 354-2870

Attorneys for Defendants

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**ORDER STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 41(A)(1)(A)(ii)**

**ORDER**

The Court, having reviewed the parties' Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(ii), orders as follows:

1. The parties' Stipulation is approved;

2. Plaintiff Williams' individual claims shall be DISMISSED with prejudice;

3. Each party shall bear his or its own attorneys' fees, costs, and expenses related to the above-entitled Action; and

4. This action shall proceed on the claims of the remaining parties.

IT IS SO ORDERED.

Dated: June 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE