UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BICEK; individually, and on behalf of other members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>C&S WHOLESALE GROCERS, INC., a Vermont corporation; TRACY LOGISTICS, LLC, an unknown business entity and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:13-cv-00411-MCE-KJN<br><br>**MEMORANDUM AND ORDER** |

On August 4, 2016, a Notice of Settlement was filed as to Plaintiff Danny Payne, and the Court ordered dispositional documents followed not later than September 7, 2016. ECF Nos. 103-04. Instead of submitting dispositional documents, however, Defendants filed a status report describing the many steps they had taken to attempt to comply with the Court's order and Plaintiff's counsel's failure to cooperate in that effort. ECF No. 108. As a result, Defendants seek terminating sanctions.

///

///

1

As a result, the Court issued an Order to Show Cause (ECF No. 109) requiring Plaintiff's counsel to show cause why the case should not be dismissed for failure to comply with this Court's orders and why monetary sanctions should not be imposed on counsel.  Counsel timely responded and explained that, despite Plaintiff's verbal agreement to the parties' settlement and despite counsel's sustained efforts over several months to obtain Plaintiff's signature, Plaintiff had declined to cooperate and had become non-responsive to the point that counsel has advised Plaintiff to obtain new representation.  Given that explanation, it is hereby ordered that Plaintiff Danny Payne's claims against Defendants are DISMISSED with prejudice, and the Court declines to impose monetary sanctions.

IT IS SO ORDERED.

Dated: October 5, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE